[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 21, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-14740
Non-Argument Calendar

_____

D. C. Docket No. 07-00033-CR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHNNY HOLLIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(March 21, 2008)**

Before BARKETT, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Brendan N. Fleming and James T. Jones, Jr., counsel for Johnny Hollis in

this direct criminal appeal, have moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hollis's conviction and sentence are **AFFIRMED.**